December 18, 2009

Ms. Lynne Liberato
Haynes and Boone, LLP
One Houston Center
1221 McKinney, Suite 2100
Houston, TX 77010-2007

Mr. Douglas W. Alexander
Alexander Dubose & Townsend, L.L.P.
515 Congress Avenue, Suite 2350
Austin, TX 78701-3520
Honorable J. Clay Gossett
4th District Court
Rusk County Courthouse
115 North Main, 3rd Floor
Henderson, TX 75652

Mr. Joseph D. Jamail
Jamail & Kolius
500 Dallas, Suite 3434
Houston, TX 77002-4793

RE: Case Number: 09-0522
 Court of Appeals Number: 12-08-00011-CV
 Trial Court Number: 99-219

Style: IN RE JOHN M. O'QUINN, P.C. D/B/A O'QUINN & LAMINACK; JOHN M.
 O'QUINN & ASSOCIATES, A TEXAS GENERAL PARTNERSHIP; JOHN M. O'QUINN &
 ASSOCIATES, L.L.P. D/B/A O'QUINN & LAMINACK; JOHN M. O'QUINN LAW FIRM,
 P.L.L.C.; O'QUINN & LAMINACK; AND JOHN M. O'QUINN

Dear Counsel:

 Today the Supreme Court granted the Agreed Motion to Abate Mandamus
Proceeding and issued the enclosed abatement order in the above-referenced
case. This case is removed from the Court's active docket until February
24, 2010, by which time the parties must file either a status report or a
motion to dismiss.
 Sincerely,
 [pic]
 Blake A. Hawthorne, Clerk
 by Claudia Jenks, Chief Deputy Clerk

Enclosure
|cc:|Ms. Cathy S. |
| |Lusk |
| |Ms. Jean Hodges|